FILED: September 25, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4742

(1:14-cr-00076-TSE-2)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

JAMES THOMAS LINK

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:14-cr-00076-TSE-2 |
| Date notice of appeal filed in originating court: | 09/19/2014 |
| Appellant (s) | James Thomas Link |
| Appellate Case Number | 14-4742 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |