# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 29, 2015

_____

RULE 46 NOTICE - BRIEF/APPENDIX
_____

No. 14-4742,   <u>US v. James Link</u>
               1:14-cr-00076-TSE-2

TO:   Robert Lee Jenkins

**BRIEF/APPENDIX DUE:** 02/13/2015

The court has not received the briefing document(s) identified below, which are now overdue under this court's briefing order. Please take notice that these document(s) must be received in the clerk's office with a motion to extend filing time, or the default must be otherwise remedied by the above due date. The deadlines for any subsequent briefs will be extended after filing of the past-due brief. Counsel's noncompliance with court deadlines is subject to referral to the Standing Panel on Attorney Discipline pursuant to [Local Rule 46(g)](). An appellee who does not file a brief will not be heard at oral argument except by permission of the court pursuant to [Fed. R. App. P. 31(c)](). An appellee not intending to file a response brief must file a **notice that no brief will be filed.**

| |
|---|
| [ ] Opening brief |
| [ ] Appendix |
| [XX] Opening brief and appendix (original due date of 1/23/2015) |
| [ ] Response brief |
| [ ] Opening/response brief |
| [ ] Response/reply brief |

[ ] FRAP 30(c) page-proof opening brief

[ ] FRAP 30(c) page-proof response brief

[ ] FRAP 30(c) page-proof opening/response brief

[ ] Intervenor's brief

[ ] Supplemental brief

Cathy Poulsen, Deputy Clerk
804-916-2704